# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **DEDMAS SANCHEZ,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-123-3 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 29TH day of December 2009, upon review and consideration of Petitioner's *pro se* Motion for Restructuring Petitioner's Term of Imprisonment [docket entry No. 735] and the Government's Reply [docket entry No. 736], it is hereby **ORDERED** that Petitioner's Motion is **DISMISSED** for lack of jurisdiction.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**